No. 1383. ROACH *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *Melvin L. Wulf* for petitioner. *Robert K. Killian,* Attorney General of Connecticut, for respondent.

No. 1384. BALDWIN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Francis R. Salazar* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1476. NORFOLK & WESTERN RAILWAY CO. *v.* SMITH. C. A. 4th Cir. Certiorari denied. *John S. Shannon* for petitioner.

No. 1500. PIKES PEAK BROADCASTING CO. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Richard Hildreth* for Pikes Peak Broadcasting Co., and *James A. McKenna* and *Vernon L. Wilkinson* for Sangre De Cristo Broadcasting Corp., petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Henry Geller,* and *D. Biard MacGuineas* for respondents.

No. 271, Misc. DAUGHERTY *v.* CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Lola M. McAlpin,* Deputy Attorney General, for respondents.

No. 734, Misc. HARTLEY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. *Francis B. Burch,* Attorney General of Maryland, *Dickee M. Howard,* Assistant Attorney General, for respondent.